| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br><br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Roberts, Richard W | 2. Court or Organization<br><br>U.S. District Court, D.D.C. | 3. Date of Report<br><br>8/12/2004 |
| --- | --- | --- |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| --- | --- | --- |

| 7. Chambers or Office Address<br><br>U.S. District Court<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
| --- | --- |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | ███████████ | ██████ |
| 2. | Power of Attorney | ██████ (Deceased 12/14/03) |
| 3. | Power of Attorney | ██████ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |

RECEIVED Aug 16 11 20 AM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Roberts, Richard W | 8/12/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | ▆▆▆ |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ▆▆▆▆ | Feb. 6-8, May 8-10, October 16-18: Poughkeepsie, N.Y. ▆▆▆▆ (Transportation. Meals & lodging provided.) |
| 2. | Harvard Law School | Sept. 8-12: Cambridge, MA. Guest faculty for workshop. (Transportation, some meals. Other meals & lodging provided.) |
| 3. | New York Intellectual Property Law Assn. | Mar. 28-29: New York, NY. Annual dinner honoring Federal Judiciary. (Transportation. Meals & lodging provided.) |
| 4. | Columbia Law School | April 12-13: New York, NY. Received distinguished alumnus award at the Annual Robeson Conference. (Transportation & lodging. Meal provided.) |
| 5. | American Bar Association | April 9-11: Houston, TX. Panelist at Litigation Section Annual Conference. (Transportation. Lodging & meals provided.) Oct. 9-11: |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 6. | | Cont. #5. Chicago, IL. Guest of Litigation Section Fall Leadership Mtg. (Transportation, lodging & some meals. Other meals provided.) |
| 7. | D.C. Bar | June 10: Washington, DC. CLE Course Lecturer. (Parking.) |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Roberts, Richard W | 8/12/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Richard W | 8/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Justice Federal Credit Union accounts | C | Interest | M | T | None | | | | |
| 2. Chase Manhattan Bank accounts | B | Interest | M | T | None | | | | |
| 3. Citibank accounts | B | Interest | M | T | None | | | | |
| 4. Chevy Chase Savings Bank preferred stock | A | Dividend | | | Sell | 10/31 | J | | |
| 5. Delhaze America common stock | A | Dividend | J | T | None | | | | |
| 6. Small claims judgment against John Bowen | | None | J | T | None | | | | |
| 7. SunTrust Bank (IRA)(2 CDs) | A | Interest | J | T | None | | | | |
| 8. Salomon Smith Barney (IRA) (Treasury coupon bond) | | None | K | T | None | | | | |
| 9. CIGNA R&I Svcs. Keogh: Temp. Foreign Fnd. Formerly Janus WW | C | Interest | K | T | None | | | | |
| 10. CIGNA R&I Svcs. Keogh: Amer. Century (formerly AIM Cons.) | B | Interest | K | T | None | | | | |
| 11. CIGNA R&I Svcs. Keogh: Fidelity Contrafund | D | Interest | L | T | None | | | | |
| 12. CIGNA R&I Svcs. Keogh: Cigna Guar. Income Fund | A | Interest | K | T | None | | | | |
| 13. CIGNA R&I Svces. Keogh: Fidelity Growth & Income | D | Interest | L | T | None | | | | |
| 14. CIGNA R&I Svcs. Inv. Sm. Cap. formerly Growth & Inv. Sm. Cap | A | Interest | K | T | None | | | | |
| 15. CIGNA R&I Svcs. 401(K)(IRA): Fidelity Growth & Income | A | Interest | K | T | None | | | | |
| 16. CIGNA R&I Svcs. 401(K) (IRA): Fidelity Contrafund | C | Interest | K | T | None | | | | |
| 17. CIGNA R&I Svcs. 401(K) (IRA): Growth Inv Sm Comp (fmr PBHG) | A | Interest | K | T | None | | | | |
| 18. CIGNA R&I 401(K) (IRA): PIMCO (formerly High Yield Bond) | B | None | K | T | None | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Richard W | 8/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Level 3 Communications Inc. Bond | A | Interest | J | T | None | | | | |
| 20. AT&T Corp. common stock | A | Dividend | J | T | | | | | |
| 21. Charles Schwab ▇ employee stock purchase plan) | A | Dividend | J | T | Acct. Trans | 7/7 | J | | |
| 22. ▇ 401(K) | A | Dividend | L | T | | | | | |
| 23. Comcast Corp. | | None | J | T | | | | | |
| 24. Alliance Bernstein Capital Reserves (formerly Alliance) | A | Dividend | J | T | | | | | |
| 25. JP Morgan Chase common stock | A | Dividend | | | Sold | 6/15 | J | B | |
| 26. Wachovia accounts (formerly First Union) | A | Interest | K | T | | | | | |
| 27. CIGNA R&I Svcs. 401(K)(IRA) Templeton For. (Frmly Janus WW) | A | Interest | J | T | | | | | |
| 28. Fidelity Investments ▇ Emp. Stock purchase plan) | A | Dividend | J | T | | | | | |
| 29. ▇ Corp. common stock ▇ | B | Dividend | L | T | Grant | 3/27 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Roberts, Richard W | 8/12/2004 |

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____     Date _8/12/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544